NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2025-OHIO-2324

THE STATE OF OHIO, APPELLEE, *v.* HANKINS LILES, APPELLANT.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Hankins Liles*, Slip Opinion No. 2025-Ohio-2324.]**

*Court of appeals' judgment affirmed on the authority of* State v. Logan.

(No. 2024-0793—Submitted June 25, 2025—Decided July 3, 2025.)

APPEAL from the Court of Appeals for Allen County, No. 1-23-43.

_____

The below judgment entry of the court was joined by KENNEDY, C.J., and FISCHER, DEWINE, DETERS, HAWKINS, and SHANAHAN, JJ. BRUNNER, J., dissented for the reasons stated in her dissenting opinion in *Logan*.

{¶ 1} The judgment of the Third District Court of Appeals is affirmed on the authority of *State v. Logan*, 2025-Ohio-1772.

_____

Destiny Caldwell, Allen County Prosecuting Attorney, and John R. Willamowski Jr., Assistant Prosecuting Attorney, for appellee.

L. Scott Petroff, for appellant, Keimarr Hankins Liles.

_____